

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2015

No. 04-15-00441-CR

**IN RE** Roy Louis **SMITHWICK** Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

On August 25, 2015, relator filed a motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on September 3, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 1992CRA00041-D1, styled *The State of Texas v. Roy L. Smithwick Jr.*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.